IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE PAUL VIGIL,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES A. YATES, et al.,<br><br>    Respondent. | C 07-5288 MJJ (PR)<br><br>**ORDER OF DISMISSAL;<br>GRANTING APPLICATION FOR<br>LEAVE TO PROCEED IN FORMA<br>PAUPERIS** |

On October 10, 2007, Willie Paul Vigil ("petitioner"), a California prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 1998 conviction, in Santa Clara County Superior Court, for failing to register as a sex offender. Petitioner challenged this same conviction in a prior petition filed in this court <u>Vigil v. Garcia</u>, No. 02-1490 MJJ (PR), which petition was denied on its merits.[1] A second or successive petition challenging the same conviction or parole denial may not be filed in this court under 28 U.S.C. § 2254 unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). On August 2, 2007, the Ninth Circuit denied his application for leave to file a successive petition under 28 U.S.C. §

---

[1] A second habeas petition, also challenging the same conviction, was dismissed as a successive petition pursuant to 28 U.S.C. § 2244(b)(3)(A). <u>See</u> <u>Vigil v. Yates</u>, No. 07-2061 MJJ (PR).

G:\PRO-SE\MJJ\HC.07\vigil3.suc.wpd

1  2244(b)(3)(A).  The petition accordingly is DISMISSED.

2  The application to proceed in forma pauperis is GRANTED.

3  The Clerk shall close the file.

4  IT IS SO ORDERED.

5  DATED:   11/26/07

6  
7  _____
   MARTIN J. JENKINS
   United States District Judge