UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE PAUL VIGIL JR., | Case Number: CV07-05288 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JAMES A. YATES et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Paul Vigil K-90947
Pleasant Valley State Prison
P.O. Box 8501
Facility A-3-204-L
Coalinga, CA 93210

Dated: November 28, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk