**FILED**

UNITED STATES COURT OF APPEALS

FEB 21 2008

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIE PAUL VIGIL, JR., <br><br> Petitioner, <br><br> v. <br><br> JAMES A. YATES, Warden, <br><br> Respondent. | No. 07-74830 <br><br> C 07-5288 MJJ <br><br> ORDER |

**FILED**

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

The Clerk shall substitute James A. Yates, Warden, as the proper respondent. *See* Fed. R. App. P. 43(c)(2).

The application for authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition in the district court is denied. Petitioner has not made a prima facie showing under 28 U.S.C. § 2244(b)(2) that:

> (A) the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or

> (B)(i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable fact finder would have found the applicant guilty of the underlying offense.

07-74830

No petition for rehearing or motion for reconsideration shall be filed or entertained in this case. *See* 28 U.S.C. § 2244(b)(3)(E).

MOATT 2

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

FEB 21 2008

by: _____ Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
07-74830 Vigil, et al v. Lamarque

| | |
|---|---|
| WILLIE PAUL VIGIL, JR.<br>    Petitioner | Willie Paul Vigil, Jr.<br>K-90947<br>[NTC prs]<br>PLEASANT VALLEY STATE PRISON<br>P.O. Box 8501<br>Coalinga, CA 93210 |
| v. | |
| A. LAMARQUE, Warden<br>    Respondent | No appearance<br>No Address<br>Generic Address<br>City, |